UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| RICHARD E. FREEMAN )<br>    PLAINTIFF, )<br>)<br>)<br>)<br>v. )<br>)<br>)<br>GC SERVICES, LP )<br>    DEFENDANT )<br>) | CASE #: 3:10-CV-566-REP |

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Please note the appearance of Joelle Gotwals, of the Law Office of Joelle Gotwals, as co-counsel of record for Plaintiff.

RICHARD E. FREEMAN

By: /s/Joelle Gotwals
Of Counsel
Joelle Gotwals, Esq. VSB#76779
Counsel for the plaintiff
Law Office of Joelle Gotwals
P.O. Box 11133
Manassas, VA 20113-0133
(571) 377-8538
(804)-673-4350 (fax)
Jgotwals@gmail.com (e-mail)

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th Day of September, 2010, that I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notice of such filing (NEF) to the following:

Jason M. Krumbein, Esq.
Counsel for the plaintiff

Owen Randolph Bragg, Esq.
Counsel for the plaintiff

John MacDonald Robb, III, Esq.
Counsel for the defendant

Charles Michael Sims, Esq.
Counsel for the defendant

and I hereby certify that I will mail the document by US Mail to the following non filing users:

NONE.

By:_____/s/ Joelle Gotwals_____.
Joelle Gotwals, Esq. VSB#76779
Counsel for the Plaintiff
Law Office of Joelle Gotwals
P.O. Box 11133
Manassas, VA 20113-0133
(571) 377-8538
(804)-673-4350 (fax)
Jgotwals@gmail.com (e-mail)