

RECEIVED DEC 2 8 2011 CLERK, U.S. DISTRICT COURT RICHMOND, VA.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| RICHARD E. FREEMAN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action |
| ) | No. 3:10-cv-566-LO |
| GC SERVICES, LP, *et al.* ) | |
| ) | |
| Defendant. ) | |

### STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED by and between Plaintiff Richard E. Freeman and Defendants GC Services, LP ("GCS"), GC Financial Corporation and DLS Enterprises, Inc., through their respective attorneys of record, that pursuant to Fed.R.Civ.P. 41[a][1][A][ii], that this matter is DISMISSED WITH PREJUEDICE AS TO ALL PARTIES; and that each party shall bear their own fees, costs and attorney fees, and that this court shall retain jurisdiction to enforce the terms of any agreement entered into by the parties.

**IT IS SO ORDERED.**

Dated: Jan 3 , 2012

/s/
Liam O'Grady
JUDGE, UNITED STATES DISTRICT COURT
United States District Judge

_____
Charles M. Sims, Esq. (VSB No. 35845)
John "Jack" M. Robb, III, Esq. (VSB No. 73365)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, 8th Floor
Post Office Box 2499
Richmond, Virginia 23219
(804) 915-4138 Telephone
(804) 916-7238 Facsimile
charles.sims@leclairryan.com
jack.robb@leclairryan.com
*Counsel for Defendants*

_____
Jason M. Krumbein, Esq.
Krumbein Consumer Legal Services, Inc.
1650 Willow Lawn Drive, Suite 300
Richmond, Virginia 23230
Telephone: (804) 673-4358
Facsimile: (804) 673-4350
KrumbeinLaw@gmail.com

Owen Randolph Bragg
Horwitz Horwitz & Associates
25 E Washington St
Suite 900
Chicago, IL 60602
(312) 372-8822
Fax: (312) 372-1673
rand@horwitzlaw.com

Joelle Erica Gotwals
Law Office of Joelle Gotwals
P.O. Box 11133
Manassas, VA 20113-0133
571-377-8538
jgotwals@gmail.com
*Counsel for Plaintiff Richard E. Freeman*